# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :    CRIMINAL |
| v. | : |
| | :    NO. 95-124-08 |
| WAYNE TRICE, a/k/a DAWAYNE TRICE, | : |
| a/k/a LARRY LEGGIT, a/k/a LARRY LEGGITT, | :    CIVIL |
| a/k/a LARRY LEGETT, a/k/a LARRY LEGGETTE, | : |
| a/k/a WIZ, |    NO. 08-1047 |
|     Defendant. | |

## Order

**AND NOW**, this 5th day of June 2009, upon consideration of defendant's pro se motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 433) (agreed by the defendant and the government to be considered as a motion under 28 U.S.C. § 3582), defendant's counseled supplemental memorandum of law, the government's response, defendant's reply, and after oral argument, **IT IS HEREBY ORDERED** that:

(1)     the motion is **GRANTED** and

(2)     defendant's term of imprisonment is reduced to 327 months, with all other terms and conditions of the original sentence to remain the same.

                                                    s/ William H. Yohn Jr., Judge
                                                     William H. Yohn Jr., Judge